Rob Bonta
Attorney General of California
Sara J. Drake
Senior Assistant Attorney General
William P. Torngren
Supervising Deputy Attorney General
Jeremy Stevens, State Bar No. 313883
Timothy M. Muscat, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7779
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

Kevin M. Cochrane, State Bar No. 255266
Williams & Cochrane, LLP
836 57th Street, Suite 472
Sacramento, CA  95819
   Telephone: (916) 431-0126
   Email: kmc@williamscochrane.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF MISSION INDIANS**, a federally-recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, as Governor of the State of California; STATE OF CALIFORNIA; and DOES 1 through 10,**<br><br>Defendants. | Case No. 2:21-cv-01166-KJM-DB<br><br>**STIPULATION OF THE PARTIES REGARDING SERVICE OF SUMMONS AND COMPLAINT AND DATE BY WHICH ANSWER IS DUE; ORDER THEREON** |

The parties, through their undersigned attorneys, hereby stipulate as follows:

1. The parties had a dispute regarding whether both defendant State of California (State) and defendant Gavin Newsom in his official capacity as Governor of the State of California (Governor) (collectively, Defendants) were properly served with the summons and Complaint for Failure to Negotiate in Good Faith, filed June 30, 2021 (Complaint). Defendants contend that while a process server for plaintiff Pauma Band of Mission Indians (Plaintiff) delivered the summons and Complaint to the California Attorney General's Office in Sacramento on August 6, 2021, Defendants' attorneys were not informed of this delivery until August 31, 2021. The Defendants further contend that the summons and Complaint were never delivered by Plaintiff's process server to the Governor's Office in Sacramento. Conversely, Plaintiff contends that it served the Defendants with the case initiating documents (including the summons and Complaint) in the same manner as all of the other plaintiff tribes in the eight (8) related bad-faith-negotiation cases currently pending in this District, and also e-served the Defendants with notice of this case via each of the foregoing dockets a week before service was effectuated.

2. Following discussions by the parties' attorneys, the parties resolved their dispute regarding service of the summons and Complaint by agreeing to stipulate that the summons and Complaint are deemed served on both Defendants, and that Plaintiff will refrain from requesting default before September 17, 2021 to allow the Defendants to file their answer to the Complaint on or before September 17, 2021.

3. Plaintiff and Defendants request the Court to enter an order approving, and ordering the parties to carry out the terms of, this stipulation.

| | | |
|---|---|---|
| 1 | Dated:  September 8, 2021 | Respectfully submitted, |
| 2 | | R<small>OB</small> B<small>ONTA</small><br>Attorney General of California |
| 3 | | S<small>ARA</small> J. D<small>RAKE</small><br>Senior Assistant Attorney General |
| 4 | | W<small>ILLIAM</small> P. T<small>ORNGREN</small><br>Supervising Deputy Attorney General |
| 5 | | J<small>EREMY</small> S<small>TEVENS</small><br>Deputy Attorney General |
| 6 | | |
| 7 | | */s/ Timothy M. Muscat* |
| 8 | | T<small>IMOTHY</small> M. M<small>USCAT</small><br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 9 | | |
| 10 | Dated:  September 8, 2021 | Respectfully submitted,<br>WILLIAMS & COCHRANE, LLP |
| 11 | | |
| 12 | | */s/ Kevin M. Cochrane (as authorized on 9/8/21)* |
| 13 | | Kevin M. Cochrane<br>Attorney for Plaintiff |

3

**ORDER**

Having reviewed the parties' stipulation addressing service of the summons and complaint and good cause appearing, the court adopts the stipulation.

**IT IS HEREBY ORDERED** that the parties shall carry out the terms of the stipulation, and defendants shall file their answer to the complaint on or before September 17, 2021. This order resolves ECF No. 9.

DATED: September 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE