ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
JEREMY STEVENS, State Bar No. 313883
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7779
  Fax:  (916) 323-2319
  E-mail:  Timothy.Muscat@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF MISSION INDIANS, a federally-recognized Indian tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, as Governor of the State of California; STATE OF CALIFORNIA; and DOES 1 through 10,**<br><br>Defendants. | Case No. 2:21-cv-01166-KJM-DB<br><br>**DECLARATION OF TIMOTHY M. MUSCAT IN SUPPORT OF STATE DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>Date:         November 19, 2021<br>Time:         10:00 am<br>Courtroom:  3<br>Judge:        Honorable Kimberly J. Mueller<br>Trial Date:  None Set<br>Action Filed:  June 30, 2021 |

I, Timothy M. Muscat, declare:

1.     I am a Deputy Attorney General in the California Attorney General's Office, and I am one of the attorneys assigned to represent in this case defendants Gavin Newsom and the State of California (collectively, State Defendants).  The facts described in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify thereto.

1

2.     On October 5, 2021, I sent an email to Kevin Cochrane, the attorney in this case for plaintiff Pauma Band of Mission Indians (Pauma).  My email advised Mr. Cochrane that I wanted to conduct a meet and confer regarding the State Defendants' anticipated motion to transfer this case to the United States District Court, Southern District of California.  A true and correct copy of my email to Mr. Cochrane is attached to this declaration as Exhibit A.

3.     On October 6, 2021, I sent a follow-up email to Mr. Cochrane to determine his availability to discuss the State Defendants' motion to transfer.  A true and correct copy of my email to Mr. Cochrane is attached to this declaration as Exhibit B.

4.     Still not having heard from Mr. Cochrane, on October 7, 2021, I sent another follow-up email to him to determine his availability to discuss the State Defendants' motion to transfer.  My email advised that if I did not hear from him, I would proceed with filing this motion on October 11, 2021.  A true and correct copy of my email to Mr. Cochrane is attached to this declaration as Exhibit C.

5.     On October 7, 2021, Mr. Cochrane sent me an email confirming his availability to participate in a meet and confer on October 11, 2021.  A true and correct copy of Mr. Cochrane's email to me is attached to this declaration as Exhibit D.  The following day I sent Mr. Cochrane an email confirming October 11, 2021, at 11:00 a.m. as the time for our telephonic meet and confer.  A true and correct copy of my email to Mr. Cochrane is attached to this declaration as Exhibit E.

6.     Mr. Cochrane and I conducted our telephonic meet and confer on October 11, 2021.  During our discussion I explained the legal and factual basis of the State Defendants' anticipated motion to transfer this case to the United States District Court, Southern District of California.  I also requested that in lieu of filing the motion to transfer, Pauma agree to stipulate to the transfer.  At the end of the conversation, Mr. Cochrane advised that he would discuss this request with his client and let me know whether Pauma would agree to a stipulated transfer.

7.     On October 13, 2021, Mr. Cochrane sent me an email with additional questions about the State Defendants' anticipated motion to transfer and the case.  I responded to his email on the same day, advising that absent Pauma's agreement to stipulate, I would file the State Defendants'

2

1  motion to transfer on October 15, 2021.  A true and correct copy of this email exchange is

2  attached to this declaration as Exhibit F.

3      8.    On October 15, 2021, Mr. Cochrane called me and advised that his client had not yet

4  taken a position on the State Defendants' motion to transfer.  I responded by advising Mr.

5  Cochrane that the State Defendants would file this motion on October 15, 2021.

6      I declare under penalty of perjury that the forgoing is true and correct, and that this

7  declaration was executed on October 15, 2021, in Sacramento, California.

8

9                  *s/ Timothy M. Muscat*
                TIMOTHY M. MUSCAT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

**EXHIBIT B**

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Wednesday, October 6, 2021 5:41 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Are you available to discuss this matter sometime tomorrow?  Please let me know.

Thanks,

Tim

**From:** Timothy Muscat
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

# EXHIBIT C

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Thursday, October 7, 2021 4:48 PM
**To:** 'Kevin Cochrane (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

I just left you a voicemail message to schedule a meet and confer regarding a possible motion to transfer this lawsuit to the Southern District.  Please call me at (916) 210-7779 to discuss.  If possible, I would prefer to work this matter out with a stipulation.  But if I don't hear from you, I'll need to proceed with filing the motion to transfer no later than October 11, 2021.

Thanks, and I hope to speak with you soon.

Tim

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Wednesday, October 6, 2021 5:41 PM
**To:** 'Kevin Cochrane (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Are you available to discuss this matter sometime tomorrow?  Please let me know.

Thanks,

Tim

**From:** Timothy Muscat
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

**EXHIBIT D**

**From:** kmc@williamscochrane.com <kmc@williamscochrane.com>
**Sent:** Friday, October 8, 2021 12:55 AM
**To:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>; kmc@williamscochrane.com
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Tim,

      I was not expecting to hear from your so soon, especially with the way our last meet and confer left off. Unfortunately, I'm out of the office right now and in an area with very limited cell/internet reception. Given that, I'm going to cc myself on this e-mail to make sure it gets out. I'm returning to the office at the beginning of next week, and I'll make myself available to hear your position on transferring districts. I have time available on Monday, October 11th at 11:00 a.m. (all times in PDT), 2:05 p.m. (give or take a few minutes), or any time from 3:30 p.m. till the close of business. I'll try to reach you at 11:00 a.m., but in the event you are unavailable feel free to call me back during one of the aforementioned time slots.

      Look forward to speaking with you.


Kevin M. Cochrane, Esq.

Williams & Cochrane, LLP
836 57th Street, Suite 472
Sacramento, CA 95819
916.431.0126 – Office

E-mail: kmc@williamscochrane.com
URL:   http://www.williamscochrane.com

***NOTICE***: *This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone and immediately delete this message and all its attachments.*

***TAX ADVICE DISCLAIMER***: *Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.*

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Thursday, October 7, 2021 6:48 PM

**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

I just left you a voicemail message to schedule a meet and confer regarding a possible motion to transfer this lawsuit to the Southern District.  Please call me at (916) 210-7779 to discuss.  If possible, I would prefer to work this matter out with a stipulation.  But if I don't hear from you, I'll need to proceed with filing the motion to transfer no later than October 11, 2021.

Thanks, and I hope to speak with you soon.

Tim

---

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Wednesday, October 6, 2021 5:41 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Are you available to discuss this matter sometime tomorrow?  Please let me know.

Thanks,

Tim

---

**From:** Timothy Muscat
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**EXHIBIT E**

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Friday, October 8, 2021 4:39 PM
**To:** kmc@williamscochrane.com
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Thanks Kevin, I look forward to receiving a call from you Monday morning at 11:00 am.  Talk to you then.

Tim
(916) 210-7779

**From:** kmc@williamscochrane.com <kmc@williamscochrane.com>
**Sent:** Friday, October 8, 2021 12:55 AM
**To:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>;
kmc@williamscochrane.com
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Tim,

I was not expecting to hear from your so soon, especially with the way our last meet and confer left off. Unfortunately, I'm out of the office right now and in an area with very limited cell/internet reception. Given that, I'm going to cc myself on this e-mail to make sure it gets out. I'm returning to the office at the beginning of next week, and I'll make myself available to hear your position on transferring districts. I have time available on Monday, October 11th at 11:00 a.m. (all times in PDT), 2:05 p.m. (give or take a few minutes), or any time from 3:30 p.m. till the close of business. I'll try to reach you at 11:00 a.m., but in the event you are unavailable feel free to call me back during one of the aforementioned time slots.

Look forward to speaking with you.


Kevin M. Cochrane, Esq.

Williams & Cochrane, LLP
836 57th Street, Suite 472
Sacramento, CA 95819
916.431.0126 – Office

E-mail: kmc@williamscochrane.com
URL:   http://www.williamscochrane.com

1

**NOTICE**: *This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by reply email or by telephone and immediately delete this message and all its attachments.*

**TAX ADVICE DISCLAIMER**: *Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.*

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Thursday, October 7, 2021 6:48 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

I just left you a voicemail message to schedule a meet and confer regarding a possible motion to transfer this lawsuit to the Southern District.  Please call me at (916) 210-7779 to discuss.  If possible, I would prefer to work this matter out with a stipulation.  But if I don't hear from you, I'll need to proceed with filing the motion to transfer no later than October 11, 2021.

Thanks, and I hope to speak with you soon.

Tim

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Wednesday, October 6, 2021 5:41 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Are you available to discuss this matter sometime tomorrow?  Please let me know.

Thanks,

Tim

**From:** Timothy Muscat
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to

find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**EXHIBIT F**

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Wednesday, October 13, 2021 5:00 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Thank you for your response, and I'm looking forward to hearing further from you either tomorrow or first thing Friday regarding a possible stipulation to transfer this case to the Southern District.  If the Pauma Band of Luiseno Mission Indians' (Pauma) Tribal Council decides not to stipulate, then I will file the State's motion to transfer this Friday.  As of today, the most current available date for hearing the motion is November 30, 2021.

As we discussed during our October 11, 2021 telephone call, the State's intent is to treat Pauma the same as any other California Tribe not belonging to the Compact Tribes Steering Committee (CTSC) with a gaming facility outside of the Eastern District, and in accord with the terms of Pauma's compact.  Per the applicable forum-selection clause in Pauma's compact, litigation over good-faith bargaining should be adjudicated in the district where the tribal gaming facility is located.  The State has not insisted upon this position for CTSC members because since the State negotiated with them all together and the negotiation record was the same for each of them, it made sense for all the CTSC cases to be adjudicated by the same judge.  That is not the situation for Pauma because the State's negotiations with Pauma were one-on-one.

If you want to arrange a meet and confer to discuss any other issues please let me know.

Thanks,

Tim

**From:** kmc@williamscochrane.com <kmc@williamscochrane.com>
**Sent:** Tuesday, October 12, 2021 9:41 PM
**To:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>; kmc@williamscochrane.com
**Subject:** RE: Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Tim,

It was a pleasure speaking with you yesterday about your desire to seek a joint stipulation to transfer the *Pauma v. Newsom* case from the United States District Court for the Eastern District of California to the United States

1

District Court for the Southern District of California. As I mentioned during our call, I will relay your request to the Pauma Tribal Council, and I hope to have an indication of their position to communicate to you on either Thursday or Friday.

In the interim, there are a number of issues related to a potential motion to transfer venue that I would like you to consider and be prepared to discuss soon, should a joint stipulation not work out. Amongst those are the following:

- The State's repeated use in its Answer of language along the lines of the following: "State Defendants aver that the allegations regarding the subject and scope of these negotiations constitute legal conclusions and argument that require neither admission nor denial, and on that basis, deny each and every one of those allegations." *See* Dkt. No. 11, ¶¶ 1, 2, 32, 33, 35, 37, 39, 40, 41, 42, 43, 44, 45. As the attached cases show, this sort of pleading artifice is disallowed by the Federal Rules of Civil Procedure, as it is designed to avoid affirmatively admitting or denying a topic. Furthermore, to the extent any potential motion to transfer by the State would claim the instant case is *not* related to the other cases pending in this District while simultaneously contending the State can neither admit nor deny what the negotiations underlying the case concerned, then one could reasonably contend that the failure to admit or deny was done intentionally in order to obfuscate the issue and shift the burden of showing and understanding the subject matters of the negotiations on to Pauma and the Court, respectively.
- The State's willingness to amend its Answer in order to correct the above deficiency(ies).
- The relatedness of this case to other cases – existing and future – pending in the Eastern District of California.
- The State's motion to transfer from the United States District Court for the Northern District of California to the Eastern District of California that it filed in *Bear River,* and the resultant court order.
- The State's failure to contest venue in the Eastern District of California for any other out-of-district tribes.
- The State's admission(s) in both Soboba and Cahuilla that venue is proper in the Eastern District of California.
- The representations you made to me during the prior meet and confer process when I agreed to refrain from requesting default in order to allow your client to appear.
- The average length of time it takes to resolve a civil case on the merits in the Southern District of California.
- The pending judicial nominees for the Southern District of California and the impact any confirmations could have on the disposition of the case.
- The potential need for discovery from third-party witness(es) who reside(s) in the Eastern District of California.

Please note, the foregoing list is not exhaustive, as our discussion will likely touch on other issues as well. For those and the ones listed above, I am amenable to scheduling a follow-up call (or calls) to discuss the issues in the event that the State is not prepared to address them during our meet and confer if Pauma is unable or unwilling to stipulate to the transfer.

Kevin M. Cochrane, Esq.

Williams & Cochrane, LLP
836 57th Street, Suite 472
Sacramento, CA 95819
916.431.0126 – Office

E-mail: kmc@williamscochrane.com
URL:    http://www.williamscochrane.com

**NOTICE**: *This message is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone and immediately delete this message and all its attachments.*

**TAX ADVICE DISCLAIMER**: *Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.*

**From:** Timothy Muscat <Timothy.Muscat@doj.ca.gov>
**Sent:** Tuesday, October 5, 2021 5:55 PM
**To:** 'Kevin Cochrane' (kmc@williamscochrane.com) <kmc@williamscochrane.com>
**Cc:** Linda Thorpe <Linda.Thorpe@doj.ca.gov>; William Torngren <William.Torngren@doj.ca.gov>
**Subject:** Pauma v. State: Meet and Confer Regarding Motion/Stipulation to Transfer Case to Southern District

Hi Kevin:

Will you be available for a meet and confer phone call tomorrow, from either 10:00 am to noon, or 3:30 pm to 5:30 pm?  We are contemplating the filing of a motion to transfer this matter to the Southern District this week, and want to find out if you would be willing to stipulate to this transfer.  If you are not available to discuss tomorrow, what times could to talk on Thursday?

Thanks,

Tim

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name: **Pauma Band v. State of California, et al.**

No.    **2:21-cv-01166-KJM-DB**

I hereby certify that on <u>October 15, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DECLARATION OF TIMOTHY M. MUSCAT IN SUPPORT OF STATE DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 15, 2021</u>, at Sacramento, California.

|  |  |
|---|---|
| Timothy M. Muscat | */s/ Timothy M. Muscat* |
| Declarant | Signature |