ROB BONTA
Attorney General of California
NOEL A. FISCHER
Acting Senior Assistant Attorney General
CHRISTINE E. GARSKE
Supervising Deputy Attorney General
LISA L. FREUND, State Bar No. 249174
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9569
  Fax: (916) 732-7920
  E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendants*
*Governor Gavin Newsom and State of California*

CHERYL A. WILLIAMS, State Bar No. 193532
KEVIN M. COCHRANE, State Bar No. 255266
WILLIAMS & COCHRANE, LLP
  836 57th Street, Suite 472
  Sacramento, CA 95819
  Telephone: (916) 431-0126
  Email: caw@williamscochrane.com
  kmc@williamscochrane.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUMA BAND OF MISSION INDIANS**, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, as Governor of the State of California; STATE OF CALIFORNIA; and DOES 1 THROUGH 10,**<br><br>Defendants. | 2:21-cv-01166-KES-SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of this action. All matters and claims at issue in the instant litigation have been resolved such that nothing further is pending before this Court and dismissal with prejudice is appropriate. The parties will bear their own costs and attorney's fees.

Dated: August 19, 2025

Respectfully submitted,
Rob Bonta
Attorney General of California
Noel A. Fischer
Acting Senior Assistant Attorney General
Christine E. Garske
Supervising Deputy Attorney General

*/s/ Lisa L. Freund*
Lisa L. Freund
Deputy Attorney General
*Governor Gavin Newsom and State of California*

Dated: August 19, 2025

WILLIAMS & COCHRANE, LLP

*/s/ Kevin M. Cochrane* (as authorized 8/18/2025)

Cheryl A. Williams
Kevin M. Cochrane
*Attorneys for Plaintiff*
*Pauma Band of Mission Indians*

## ORDER

The stipulation is approved. The entire action, including all claims at issue herein against all parties, is hereby dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: _____        _____
Kirk E. Sherriff
United States District Judge

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Pauma Band v. State of California, et al.** | No. | **2:21-cv-01166-KES-SKO** |

I hereby certify that on <u>August 19, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 19, 2025</u>, at San Diego, California.

| | |
|---|---|
| M. Goolsby | */s/ M. Goolsby* |
| Declarant | Signature |

SA2021303180
85300714.docx